IT IS ORDERED by the court that the motion be, and is hereby, granted, effective April 16, 1996.

IT IS FURTHER ORDERED by the court that, pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, a stay is granted for a period of six months, beginning April 8, 1996, and ending October 8, 1996, to allow appellant an opportunity to file a petition for post-conviction relief. If a petition for post-conviction relief is not filed within the time allotted, this stay will expire. No further time for the filing of the petition will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that, if a petition for post-conviction relief is filed within the time allotted, a date-stamped copy of the petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and is hereby, stayed for the six-month period allotted by this order and, if a petition for post-conviction relief is filed within the time allotted, pending the exhaustion of all proceedings for post-conviction relief before the courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

## MISCELLANEOUS DISMISSALS

**96–371.** Baldauf v. Allen. *Hamilton County Court of Common Pleas,* No. A 9506160. This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15 from the Court of Common Pleas of Hamilton County. It appears from the records of this court that appellant has not filed a merit brief, due April 8, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective April 16, 1996.

*Wednesday, April 24, 1996*
## MERIT DOCKET

**95–2359.** W.W. Williams Co. v. Medina Cty. Bd. of Revision. Board of Tax Appeals, No. 94–H–669. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

**95–2360.** W.W. Williams Co. v. Medina Cty. Bd. of Revision. Board of Tax Appeals, No. 94–H–668. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

**96–319.** State ex rel. Neal v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–428.** State ex rel. Lee v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–441.** Linton v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–446.** State ex rel. Conley v. Lorain Cty. Court of Common Pleas. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–453.** 8 Ball Tattoo v. Bowman. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.